# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | | |
|---|---|---|
| **MICHAEL L. BOYKIN,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | No. 5:21-CV-399-CAR-TQL |
| | : | |
| | : | |
| Warden **TAMARSHAE SMITH,** *et. al.*, | : | |
| | : | |
| **Defendants.** | : | |
| | : | |

## ORDER ON RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Before the Court is the United States Magistrate Judge's Recommendation [Doc. 33] that the Court grant Defendants' Motions for Summary Judgment [Docs. 29 & 31] because they are entitled to Eleventh Amendment immunity to any official capacity money damages claim; Plaintiff cannot show Defendants' were deliberately indifferent to a serious risk of harm and therefore cannot establish any violations of the Eighth Amendment; and Defendants are entitled to qualified immunity. Plaintiff did not file an objection, and the time in which to do so has expired. Having considered the

1

Recommendation, the Court agrees with the findings and conclusions of the United States Magistrate Judge.

Accordingly, the Recommendation [Doc. 33] is hereby **ADOPTED** and **MADE THE ORDER OF THE COURT**. Defendants' Motions for Summary Judgment [Docs. 29 & 31] are **GRANTED**, and the Clerk is DIRECTED to enter judgment in favor of Defendants.

**SO ORDERED,** this 20th day of July, 2023.

                                             s/ C. Ashley Royal
                                             C. ASHLEY ROYAL, SENIOR JUDGE
                                             UNITED STATES DISTRICT COURT