IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| MICHAEL L BOYKIN, JR, | * |
| Plaintiff, | * |
| v. | Case No.  5:21-cv-00399-CAR-TQL |
| | * |
| Warden TAMARSHAE SMITH, et. al., | |
| | * |
| Defendant. | |
| _____ | * |

**J U D G M E N T**

Pursuant to this Court's Order dated July 20, 2023, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 20th day of July, 2023.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk